# EXHIBIT B

# US 9465451 Flick Intelligence
## vs
# Unity



Claims priority from a provisional application 12/31/2009   Expired
Total patent Term Adjustments:  148 days

# Related Products

- The following chart is based on the review of Unity's website.



https://unity.com/unity/features/ar

Wayback Machine (archive.org)

# US 9465451 Claim 1

1.  A method for displaying additional information about a scene element displayed in a frame of video content being presented on a display, the method comprising:

determining a location of the display in relation to an augmented reality device wherein a plurality of markers is used to determine the location of the display, wherein the augmented reality device comprises a secondary display, and wherein the location of the display is used to map points on the display to points on the secondary display;

detecting a selection of the scene element wherein a viewer looks through the augmented reality device to view the display and utilizes the augmented reality device to point at and select the scene element; and

displaying the additional information to the viewer on the secondary display, in response to the selection.

# US 9465451 Claim 1

| A method for <span style="color:blue">displaying additional information</span> <span style="color:red">about a scene element displayed in a frame of video content</span> <span style="color:blue">being presented on a display</span>, the method comprising: | To the extent the preamble is limiting, Unity performs and induces others to perform a method for displaying additional information about a scene element displayed in a frame of video content being presented on a display.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. For example, Unity provides the feature in its devices to recognize objects ("**scene element**") in its surrounding environment, such as (**virtual object**.) . Once these objects are identified Unity  device will **display the details** (**of the selected object showing virtual displays with dimension information**) (**"additional information"**) about the object.<br>For example, it is apparent for a person skilled in the art that the surroundings may comprise a video display including but not limited to television, laptop and billboards ("display") that display real objects in a frame of video content. The user's device comprises a camera which captures the object ("scene element") in the frame of the video display and augments additional information about the object. |
|---|---|






https://youtu.be/D9NrjppXRPQ

# US 9465451 Claim 1

| | |
|---|---|
| determining a location of the display in relation to an augmented reality device wherein a plurality of markers is used to determine the location of the display, **wherein the augmented reality device comprises a secondary display, and wherein the location of the display is used to map points on the display to points on the secondary display;** | Unity performs and induces others to perform the step of determining a location of the display in relation to an augmented reality device wherein a plurality of markers is used to determine the location of the display, wherein the augmented reality device comprises a secondary display, and wherein the location of the display is used to map points on the display to points on the secondary display. |

Unity performs and induces others to perform the step of determining a location of the display in relation to an augmented reality device wherein a plurality of markers is used to determine the location of the display, wherein the augmented reality device comprises a secondary display, and wherein the location of the display is used to map points on the display to points on the secondary display.

This element is infringed literally, or in the alternative, under the doctrine of equivalents. For example, Unity captures video content in the real world by identifying the location and position of the real objects. It detects visually distinct features to compute the location of the real objects. It is apparent that **the video display** is detected as a real object in the application. The Unity devices act as the markers to identify the exact location and position of the video display ("**display**").

For example, the Unity device ("augmented reality device"),running the AR application, **comprises a screen ("secondary display")that presents captured real objects for the user to view.** The AR application overlays the additional information related to the real objects such that if the real object moves in the frame, the additional information moves with it. For example, virtual displays with website links is selected, and a secondary display pops up with information about the selection..   Therefore, the AR application maps the points on the device's screen to the points on the video display such that additional information stays attached to the coordinates of the real object.

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.





https://youtu.be/D9NrjppXRPQ

7

# US 9465451 Claim 1

| **detecting a selection of the scene element wherein a viewer looks through the augmented reality device to view the display** and utilizes the augmented reality device to point at and select the scene element; and | Unity , Inc. performs the step detecting a selection of the scene element wherein a viewer looks through the augmented reality device to view the display and utilizes the augmented reality device to point at and select the scene element; and This element is infringed literally, or in the alternative, under the doctrine of equivalents. For example, the AR application in the Unity device allows the user to view ("a viewer looks through the augmented reality device") the real objects in video display through the device and **get a visual representation of the scene on the device's screen**. **Unity device allows the user to select and point ("to an object")** at a real object viewed on the video display through the device's screen. Therefore, the AR application detects the selection of the scene element when the viewer looks through the device's screen. Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |





https://youtu.be/D9NrjppXRPQ

7

# US 9465451 Claim 1

| | |
|---|---|
| **displaying the additional information** to the viewer on the secondary display, in response to the selection. | For example, the AR application in the Unity device allows the user to select at least one real object in the scene on a video display using the Unity device. Based on the user's selection, **an additional information (information pops up when the object is selected) is displayed on the user's device** such that the additional information is augmented on the selected real object (object)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |



https://youtu.be/D9NrjppXRPQ